UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARBARA KILLIAN,<br><br>          Plaintiff,<br><br>     v.<br><br>JOHNSON & JOHNSON; TRUSTEES/<br>PENSION COMMITTEE OF THE<br>JOHNSON & JOHNSON CHOICES LONG<br>TERM DISABILITY PLAN; ABC CORP.;<br>JOHN/JANE DOES 1-20,<br><br>          Defendants. | Civil Action No. 07-4902(GEB)<br><br>**ORDER** |

This matter having come before upon objections of Barbara Killian ("Plaintiff") to the November 21, 2008 Report and Recommendation of the Honorable Magistrate Judge Hughes recommending the respective grant and denial of attorneys fees for various tasks performed in this ERISA action; and the Court having reviewed the parties' submissions and decided the matter without oral argument pursuant to Federal Rule of Procedure 78; and for the reasons set forth in the accompanying Memorandum Opinion;

IT IS THIS 4th day of March, 2009,

ORDERED the Court will adopt Judge Hughes's Report and Recommendation as modified.

          s/ Garrett E. Brown, Jr.
          GARRETT E. BROWN, JR., U.S.D.J.